IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
AUG 23 2021
US DISTRICT COURT
MID DIST TENN

ALTON EARL INGRAM JR )
Plaintiff )
)
) No. 3:17-cv-01565
)
v. )
) Judge Eli J Richardson
) Magistrate Judge Newbern
)
ANDREA HUDDLESTON, ET AL. )
Defendants )

Plaintiff's Unopposed Request for Extension of Time to File Objections to Magistrate Judge Newbern's Report and Recommendation (Document 70)

Comes now Plaintiff, Alton Ingram, who hereby requests a two month extension of time to file objections to Magistrate Judge Newbern's Report and Recommendation (Document 70) and as grounds for this request states the following:

1. This request is unopposed by defense counsel.

2. The Report and Recommendation ("R&R") was received by Plaintiff on August 15, 2021, and a reply is due on August 23.

3. Plaintiff is not an attorney and is working without the assistance of an attorney.

4. The R&R is 37 pages long and touches on many aspects of constitutional law, federal civil procedure, and Tennessee civil procedure, with which Plaintiff is only generally familiar.

5. Plaintiff is employed full time and works between 60 and 70 hours per week. Plaintiff will have only weekends to work on his objection.

6. Plaintiff has the following preset and largely unmodifiable plans for the upcoming five weekends: August 20-21, court ordered visitation with his son in Fort Lauderdale, Florida; August 27-28, preparing and presenting (virtually) a research paper at a scientific conference in London, England; September 4-6, hosting visitors for his mother who has Alzheimer's disease and lives with him, his sister, niece, and niece's husband, all of whom his mother has not seen since COVID; September 11-12, administering the Oral Board Examinations for the American board of Cosmetic Surgery; and September 18-29, court ordered visitation with his son in Fort Lauderdale, Florida.

7. As such, Plaintiff will be unable to attend to researching and writing his Objections until long after the deadline set in the R&R. Not allowing Plaintiff time fully to research the numerous matters of law would place an undue burden on Plaintiff and would irreversibly prejudice him.

8. This lawsuit was filed in December, 2017, and the currently pending Motion to Dismiss was filed approximately eighteen months ago. As such, granting Plaintiff the requested extension of time will not in any manner prejudice the defendants.

9. Plaintiff has contacted Defense Counsel (prior to writing this request), who has no objection to the extension of time requested herein.

WHEREFORE Plaintiff hereby respectfully requests that this Court grant him until November 1, 2021 to file his objection to Magistrate Judge Newbern's Report and Recommendations (Document 70).

Respectfully Submitted

_____
Alton Ingram MD
In Proper Person
317 Queens Drive Mount Juliet, TN 37122
615-602-6892
tupingram@gmail.com

I hereby certify that the foregoing was served via email to all defense counsel currently enrolled in the instant matter, on August 18, 2021.

_____
Alton Ingram MD
In Proper Person
317 Queens Drive Mount Juliet, TN 37122
615-602-6892
tupingram@gmail.com

Clerk's Court
801 Broadway
Nashville, TN 37203
37203-391699

NASHVILLE TN 370
19 AUG 2021 PM 5 L

RECEIVED
AUG 23 2021
US DISTRICT COURT
MID DIST TENN

FOREVER / USA

Alton Ingram
317 Oneida Dr
Mt Juliet TN
37122