IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALTON EARL INGRAM JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:17-cv-01565 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| ANDREA HUDDLESTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Pending before the Court is Plaintiff's Request for Extension of Time to File Objections to the Magistrate's Report and Recommendation. (Doc. No. 71, "Motion"). Plaintiff seeks an extension to file objections until November 1, 2021. The Court **GRANTS** the Motion. Plaintiff's objections are now due on or before November 1, 2021. Plaintiff is advised that further requests for extensions will be closely scrutinized by the Court.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE